

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kimberly Newman, Appellant

No. 06-13-00064-CV      v.

Virginia Bussey, Appellee

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 36983). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render judgment in favor of Appellant on her plea to the jurisdiction.

We further order that the appellee, Virginia Bussey, pay all costs of this appeal.

RENDERED OCTOBER 9, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk